IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Deanna Michelle Bentley as Power of Attorney for Deanna Dix Bentley, <br><br> Plaintiff, <br><br> v. <br><br> Total Renal Care, Inc. d/b/a Jedburg Dialysis, <br><br> Defendants. | ) C/A No. 2:21-cv-2350-RMG <br> ) <br> ) <br> ) <br> ) RULE 26(f) REPORT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows:

_____  We agree that the schedule set forth in the Conference and Scheduling Order issued <u>is appropriate for this case</u>. The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

\_\_\_X\_\_\_  We agree that the schedule set forth in the Conference and Scheduling Order issued <u>requires modification as set forth in the attached proposed Consent Amended Scheduling Order</u>. The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

_____  We are unable, after consultation, to agree on a schedule for this case. Therefore, <u>we request a scheduling conference with the Court</u>. The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

HUGHEY LAW FIRM, LLC                                LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    *s/Bradley H. Banyas*                         By:    *s/S. Chase Parker*
      D. NATHAN HUGHEY                                    S. CHASE PARKER
      Federal Bar No.: 7635                               Federal Bar No.:  13468
      A. STUART HUDSON                                    ***Attorney for Defendants***
      Federal Bar No.: 9159
      BRADLEY H. BANYAS
      Federal Bar No.: 12030
      ***Attorneys for the Plaintiff***

August 26, 2021